| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Taranto, Richard G. | 2. Court or Organization United States Court of Appeals for the Federal Circuit | 3. Date of Report 11/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address 717 Madison Place, NW Washington, DC 20439 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taranto, Richard G. | 11/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | William Connor Inn of Court | 01.20.16-01.21.16 | New York, NY | Dinner honoring Judge Linn | Transportation, meal, hotel |
| 2. | Los Angeles Int. Prop. Association | 02.27.16-03.02.16 | Los Angeles, CA | Bar conference | Transportation, meals, hotel |
| 3. | NY Int. Prop. Association | 04.01.16-04.02.16 | New York, NY | Bar reception | Transportation, meal, hotel |
| 4. | Federal Circuit Bar Ass'n | 06.22.16-06.25.16 | Nashville, TN | Bar conference | Transportation, meals, hotel |
| 5. | Harvard University | 09.08.16-09.09.16 | Cambridge, MA | Seminar | Transportation, meals, hotel |
| 6. | Fed Cir Bar Ass'n & LA/ Orange County Bar Ass'ns | 10.04.16-10.05.16 | Los Angeles, CA | Dinners during Fed Cir sitting in Southern Cal | Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Taranto, Richard G. | 11/15/2017 |

7. Harvard University     10.27.16-10.29.16     Cambridge, MA     Seminar/conference     Transportation, meals, hotel

| Name of Person Reporting | Date of Report |
|---|---|
| Taranto, Richard G. | 11/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taranto, Richard G. | 11/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC (cash & CDs) | B | Interest | N | T | Buy | 05/10/16 | K | | |
| 2. Guardian: Whole Life | | None | M | T | | | | | |
| 3. Guardian: Whole Life | | None | M | T | | | | | |
| 4. MONY: Whole Life | | None | L | T | | | | | |
| 5. MONY: Whole Life | | None | K | T | | | | | |
| 6. UBS Cash Funds | E | Interest | K | T | | | | | |
| 7. Ally Bank CD | A | Interest | | | Sold (part) | 09/25/16 | L | | |
| 8. | | | | | Redeemed | 09/26/16 | L | A | |
| 9. Ally Bank CD | A | Interest | L | T | | | | | |
| 10. American Express CD | A | Interest | K | T | | | | | |
| 11. Barclay's CD | A | Interest | M | T | Buy | 9/15/15 | L | | |
| 12. BMW Bk CD | A | Interest | K | T | | | | | |
| 13. BMW Bk CD | B | Interest | L | T | | | | | |
| 14. CapitolOne CD | A | Interest | L | T | Buy | 10/20/15 | L | | |
| 15. CapitalOne CD | A | Interest | L | T | Buy | 09/29/16 | L | | |
| 16. Comenity Bk CD | B | Interest | K | T | | | | | |
| 17. Comenity Bk CD | A | Interest | K | T | Buy | 09/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taranto, Richard G. | 11/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GE Cap CD | A | Interest | J | T | | | | | |
| 19. Goldman Sachs CD | B | Interest | L | T | Buy | 02/19/16 | L | | |
| 20. Goldman Sachs CD | A | Interest | K | T | | | | | |
| 21. Goldman Sachs CD | A | Interest | K | T | | | | | |
| 22. HSBC CD | A | Interest | K | T | | | | | |
| 23. BMO Harris CD | A | Interest | | | Redeemed | 05/08/16 | K | A | |
| 24. Goldman Sachs CD | A | Interest | | | Redeemed | 08/31/16 | K | A | |
| 25. Goldman Sachs CD | A | Interest | | | Sold | 11/21/16 | J | A | |
| 26. Goldman Sachs CD | A | Interest | | | Sold | 10/12/16 | J | A | |
| 27. Discover Bk CD | A | Interest | | | Redeemed | 03/24/16 | M | A | |
| 28. Cathay Bk CD | A | Interest | | | Redeemed | 09/20/16 | L | A | |
| 29. Comenity Bk CD | B | Interest | M | T | Buy | 04/04/16 | M | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taranto, Richard G. | 11/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, items 29 and 30 refer to assets held by children who, as of 2015, were no longer dependents. Information for those assets, listed in previous Reports, is therefore not provided here.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard G. Taranto**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544